1 | BRIAN J. STRETCH (CABN 163973)
United States Attorney
2 | SARA WINSLOW (CABN 457643)
Chief, Civil Division
3 | REBECCA A. FALK (CSBN 226798)
Assistant United States Attorney

    450 Golden Gate Avenue, Box 36055
    San Francisco, California 94102-3495
    Telephone: (415) 436-7022
    FAX: (415) 436-6748
    Rebecca.falk@usdoj.gov

Attorneys for Defendant
UNITED STATES OF AMERICA

DEVAN BENNETT, CABN 268328
Dbennett@wrongfulinjury.com
BENJAMIN W. SCOTT, CABN 282541
bscott@wrongfulinjury.com
BARNETT AND BENNETT LAW FIRM
712 Empire Street
Fairfield, CA 94533
Tel: (707) 425-0671
Fax: (707) 425-4255

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| HALIMA OMERYAR, | Case No. 15-06335 JSC |
|     Plaintiff, | STIPULATION OF DISMISSAL WITH PREJUDICE PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 41(A) |
|   v. | |
| UNITED STATES OF AMERICA, | |
|     Defendant. | |

STIPULATION OF DISMISSAL WITH PREJUDICE
CASE NO. 15-06335 JSC                   1

Pursuant to Federal Rule of Civil Procedure 41(a), Plaintiff Halima Omeryar and Defendant United States of America hereby stipulate to dismiss with prejudice the above-captioned action, including all claims that were asserted therein.  Each party to bear its own costs and attorney's fees.

Dated: April 27, 2016                               BARNETT AND BENNETT LAW FIRM


                                               /s/ Devan Bennett
                                           DEVAN BENNETT
                                           Attorney for Plaintiff


Dated: April 27, 2016                               BRIAN J. STRETCH
                                           United States Attorney

                                               /s/ Rebecca Falk
                                           REBECCA A. FALK[1]
                                           Assistant United States Attorney

---

[1] I, Rebecca A. Falk, hereby attest, in accordance with the Civil L.R. 5(i)(3), the concurrence in the filing of this document has been obtained from the other signatory listed here.

STIPULATION OF DISMISSAL WITH PREJUDICE
CASE NO. 15-06335 JSC                                    2